UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:
Michael and Carol Baker,                       Chapter 7
                                                   Case No. 07-49372-MBM
Debtors.                                Hon. Marci B. McIvor
_____/

**MOTION TO ALLOW DEBTORS TO BE SUBROGATED TO CLAIMS OF DTE/ ENERGY CORPORATION AND/OR LIBERTY LIFE ASSURANCE COMPANY OF BOSTON**

The debtors state:

1. Debtors filed a claim in the amount of $107,207.64 on behalf of DTE Energy Corporation, and/or Liberty Life Assurance Company of Boston (collectively DTE).

2. The claim was filed by debtors based on their belief that DTE was deducting amounts from debtor Carol Baker's pension/disability payments each month due to an overpayment on her lump sum pension amount.

3. The Trustee has tried to pay DTE to no avail. If DTE accepted the check then ultimately debtor Carol Baker believes those amounts would inure to her as increased benefits. The debtor's counsel also attempted to contact DTE to accept payment but DTE has refused payment. DTE's position is that any overpayment for disability payments has been paid back already by the debtor and that she her full pension payment.

4. The debtor is disabled. The debtor believes she is entitled to a full disability/pension claim and that her disability payment each month is short what her full pension and disability claim should be.

5. Since DTE will not accept payment, and the debtor believes she is repaying DTE for amounts withheld by DTE because of improper reduction in disability benefits, the debtor should be subrogated to the rights of DTE.

6. Therefore, the debtor requests that she be subrogated to the rights of DTE and receive payment from the Trustee directly in the amount of DTE's distribution. If the claim amount is sent to the Court the debtor requests that she be allowed to receive DTE's claim payment from the Clerk of the Court.

Dated: 7/25/08

/s/ Douglas S. Ellmann
Douglas S. Ellmann (P34617)
Ellmann & Ellmann, P.C.
308 W. Huron
Ann Arbor, MI 48103

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:
Michael and Carol Baker,                                    Chapter 7
                                                            Case No. 07-49372-MBM
Debtors.                                                    Hon. Marci B. McIvor
_____/

### ORDER TO ALLOW DEBTORS TO SUBROGATE TO CLAIM OF DTE/ ENERGY CORPORATION AND/OR LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

This matter having come on to be heard and the Court being duly advised, and no objection having been filed to the Motion to Allow Debtors to Subrogate to Claim of DTE Energy Corporation and/or Liberty Life Assurance Company of Boston,

IT IS HEREBY ORDERED AND ADJUDGED that debtor Carol Baker is subrogated to the claims and rights of DTE Energy Corporation and/or Liberty Life Assurance Company of Boston (collectively DTE), and the Trustee, or the Clerk of the Court if a notice of unclaimed dividend has been filed, shall pay the debtor the amount of DTE's claim within 10 days of this Order.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:
Michael and Carol Baker,  Chapter 7
 Case No. 07-49372-MBM
Debtors.  Hon. Marci B. McIvor
_____/

## NOTICE OF MOTION TO ALLOW DEBTORS TO BE SUBROGATED TO CLAIMS OF DTE/ ENERGY CORPORATION AND/OR LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

TO: ALL PARTIES OF INTEREST

The debtor has filed a motion to be subrogated to be the claim filed by DTE and/or Liberty Life Assurance Company (DTE). Because DTE will not accept the payment for its claim by the Trustee filed by the debtors, the debtor asserts she is the real party in interest and entitled to repayment for the reduction in benefits she has suffered and will suffer from DTE.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have an attorney in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to approve the motion or if you want the court to consider your views on the motion application. Within 15 days, you or your attorney must:

1. File with the court a written response or answer, explaining your position at:
United States Bankruptcy Court
211 West Fort Street, Suite 2100
Detroit, MI 48226

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also mail a copy to:
Douglas S. Ellmann
308 West Huron
Ann Arbor, MI 48103

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time, and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.**

Dated: 7/25/08

/s/ Douglas S. Ellmann
Douglas S. Ellmann (P34617)
Ellmann & Ellmann, P.C.
308 W. Huron
Ann Arbor, MI 48103
734 668 4800

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:
Michael and Carol Baker,     Chapter 7
                             Case No. 07-49372-MBM
Debtors.                     Hon. Marci B. McIvor
_____/

**CERTIFICATE OF SERVICE**

Douglas Ellmann, hereby certifies that on this date he served a copy of the Motion, notice, proposed order and certificate of service re: MOTION TO ALLOW DEBTORS TO BE SUBROGATED TO CLAIMS OF DTE/ ENERGY CORPORATION and/or Liberty Life Assurance Company of Boston
upon the following interested parties via first class mail, and upon all counsel of record and Trustee Timothy Miller via electronic case filing, and that a copy of the Notice was served upon all creditors listed on the attached matrix via first class mail

DTE Energy Corporation,
 2000 Second Ave.,
Detroit, MI. 48226

Liberty Life Assurance Company of Boston Disability Çlaims,
POB 8417,
Kansas City, MO. 64114-0417

Dated: 7/25/08

/s/ Douglas Ellmann
Douglas S. Ellmann, Esq.
Ellmann & Ellmann, P.C.
308 W. Huron
Ann Arbor, MI 48103
(734) 668-4800