UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:
Michael and Carol Baker,                           Chapter 7
                                                                Case No. 07-49372-MBM
       Debtors.                                    Hon. Marci B. McIvor
_____/

**<u>WITHDRAWAL OF MOTION TO ALLOW DEBTORS TO BE SUBROGATED
TO CLAIMS OF DTE/ ENERGY CORPORATION AND/OR LIBERTY LIFE
ASSURANCE COMPANY OF BOSTON</u>**

The debtors withdraw their motion to allow them to subrogate to claims of DTE

Energy Corporation and/or Liberty Life Assurance Company of Boston.


Dated: 7/29/08

                                                            <u>/s/ Douglas S. Ellmann</u>
                                                            Douglas S. Ellmann (P34617)
                                                            Ellmann & Ellmann, P.C.
                                                            308 W. Huron
                                                            Ann Arbor, MI 48103
                                                            734 668 4800