UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In the Matter of:
BAKER, MICHAEL ROY　　　　　　　　　　　Case No. 07-49372 MBM
BAKER, CAROL ANN　　　　　　　　　　　　Chapter 7
　　　　　　　　　　　　　　　　　　　　　　HON. Marci B. McIvor

　　　　　　　　Debtor(s).　　　　　　　　/

## NOTICE OF UNCLAIMED DIVIDENDS

**TO: CLERK OF THE COURT**

The attached checks represent the total sum of unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. Section 347(a). The name(s) and address(es) of the party(ies) entitled to these unclaimed dividends is (are) as follows:

| Creditor Name | Claim No. | Dividend |
|---|---|---|
| DTE Energy Corporation and/or Liberty Life Assurance Co.<br>c/o Doug Ellmann, P.C., 308 W. Huron Avenue<br>Ann Arbor, MI 48103 | 9 | $35,243.91 |
| **TOTAL** | | **$35,243.91** |

Dated: September 8, 2008　　　　　　　　　/s/ Timothy J. Miller, Trustee
　　　　　　　　　　　　　　　　　　　　　Timothy J. Miller, Trustee
　　　　　　　　　　　　　　　　　　　　　645 Griswold, Ste. 3900
　　　　　　　　　　　　　　　　　　　　　Detroit, MI 48226
　　　　　　　　　　　　　　　　　　　　　(313) 237-0850